# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF DELAWARE, <br><br> Defendant. | Civil Action No.: 1:13-cv-02099-GMS |

## STIPULATION OF DISMISSAL

It is stipulated and agreed by and between the parties that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Bernard Van Ogtrop
Bernard Van Ogtrop (447)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
bvanogtrop@svglaw.com

MITCHELL FIRM, PLLC
Eric D. Mitchell, Esq.
Thomas W. Mitchell, Esq.
1140 19th Street, N.W., Suite 520
Washington, D.C.  20036
(202) 887-1999
(202) 887-8997 (fax)
emitchell@themitchellfirmpc.com
tmitchell@themitchellfirmpc.com
Counsel for Plaintiff

SAUL EWING LLP

/s/ *William E. Manning*
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Gerard M. Clodomir, Esquire (#5467)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
(302) 421-6813 (facsimile)
wmanning@saul.com
jtaylor@saul.com
gclodomir@saul.com
*Attorneys for Defendant*
*University of Delaware*